Gina M. Corena, Esq.
Nevada Bar No. 10330
gina@lawofficecorena.com
Chet A. Glover, Esq.
Nevada Bar No. 10054
chet@lawofficecorena.com
GINA CORENA & ASSOCIATES
300 S. Fourth Street, Suite 1400
Las Vegas, Nevada 89101
Telephone: (702) 680-1111
Facsimile: (888) 897-6507
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ALEXEI PENA FERNANDEZ, an individual,<br><br>Plaintiff<br><br>v.<br><br>GENESIS ISABEL DERAS BELTRAN, an individual; DOES I through XV, and ROE CORPORATIONS I through X;<br><br>Defendant | CASE NO:  2:25-cv-02572-CDS-DJA<br><br>**STIPULATION AND ORDER TO REMAND**<br><br>[ECF No. 9] |

IT IS HEREBY STIPULATED by the parties above named, by and through their respective counsel of record, that the above-entitled matter that the parties agree to remand to state court, in exchange for agreement that Plaintiff will not seek damages in excess of $75,000, exclusive of interest and costs at trial, and damages shall not exceed that amount.

GINA CORENA & ASSOCIATES
Dated this 15th day of January, 2026.

*/s/ Chet A. Glover*
Gina M. Corena, Esq. (#10330)
Chet A. Glover, Esq. (#10054)
300 S. Fourth Street, Suite 1400
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*

KIRTON McCONKIE, P.C.
Dated this 15th day of January, 2026.

*/s/ Matthew M. Pruitt*
Matthew M. Pruitt, Esq. (#12474)
301 N 200 E, Suite 3-A
St. George, Utah 84770
*Attorneys for Defendant*

## ORDER

Based on the parties' stipulation, this case is remanded to state court, in exchange for agreement that plaintiff will not seek damages in excess of $75,000, exclusive of interest and costs at trial, and damages shall not exceed that amount.

The Clerk of Court is kindly instructed to remand this case to the Eighth Judicial District Court, Case No. A-25-930617-C, Department 28, and to close this case.

Dated: January 15, 2025

_____
UNITED STATES DISTRICT JUDGE

2